■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY MASTERSON, Appellant. [945 NYS2d 587]—Appeal from an order of the Monroe County Court (Frank P. Geraci, Jr., J.), entered January 24, 2011. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Fahey, Lindley and Martoche, JJ.